**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JACOB ALLEN,**

    **Plaintiff,**

**v.**                                                                   **CASE NO. 5:18cv6-MCR-CJK**

**JULIE JONES, et al.,**

    **Defendants.**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 28, 2018. ECF No. 11. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. All pending motions are DENIED as moot.

3. This case is DISMISSED WITHOUT PREJUDICE.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of March 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**